# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0949
LT Case No. 2021-CF-000098

_____

RANDY ALEXANDRE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah
Chance, Assistant Attorney General, Daytona Beach, for Appellee.


May 21, 2024


PER CURIAM.

    AFFIRMED.


MAKAR, LAMBERT, and KILBANE, JJ., concur.

―――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――